UBALDO TRAVERSO et al., trustees, &c., respondents,

*v.*

HELEN ISABEL McMILLIN, appellant.

[Decided May 16th, 1927.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Backes, whose opinion is reported in *99 N. J. Eq. 514.*

*Mr. John L. Griggs, Messrs. Wall, Haight, Carey & Hartpence* and *Messrs. Lindabury, Depue & Faulks,* for the respondents.

*Messrs. Pitney Hardin & Skinner,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Backes.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, KALISCH, BLACK, KATZENBACH, CAMPBELL, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ.   12.

*For reversal*—None.